**VICKI PIONTEK, ATTORNEY AT LAW**
**58 East Front Street – Danville, PA  17821**
Telephone:  215-290-6444    vicki.piontek@gmail.com    Fax: 866-408-6735

## BIFURCATED CHAPTER 7 BANKRUPTCY FEE AGREEMENT

1. It is understood that this is considered an emergency Bankruptcy petition or at least that exigent circumstances apply.  This bifurcated fee agreement is in contemplation of such emergency or exigent circumstances.

2. The total cost for the Bankruptcy will be $1,500 plus the filing fee of $338.00.

3. The client must pay the Bankruptcy Court filing fee of $338.00 immediately after the case is filed.

4. After the case is filed, Client will pay a remaining fee of $1,500 to attorney for attorney fees including but not limited to the following:
    a. Preparation and filing of Schedules AB-J, Summary, Statement of Financial Affairs, Statement of Intent and Statement of Income.
    b. Filing all additional required documents
    c. Representing Debtor at the 341 Hearing
    d. All necessary follow up to effectuate a Bankruptcy discharge.

5. Attorney has an obligation to continue representing Client regardless of whether the Debtor pays any additional fees mentioned above, unless the Bankruptcy Court permits Attorney's withdrawal.

6. Client is being provided the option to choose a bifurcated fee agreement or to pay the entire fees up front.

7. Debtor has the option to rescind the provisions of this bifurcated fee agreement and not pay Attorney within 60 days after the filing of the initial Bankruptcy Petition.

8. Client authorizes Attorney to deduct fees owed from Client's portion of the proceeds of any civil suits or settlements handled by Attorney for Client, but not earlier than 60 days after the filing of the initial Bankruptcy Petition.

9. **CLIENT DUTIES:** Respond to all of Attorney's emails, phone calls and texts, respond to all requests to sign and forward documents; order credit report; provide all recent tax information; provide wage stubs; provide all other information and documents requested in a timely manner.

10. Local counsel may enter appearance, act as local counsel, and earn portion of fees at no additional expense to client(s).

11. If Client chooses to convert this case to a Chapter 13 then the entire fee attorney fee will be $4,500 to be paid through a Chapter 13 Plan.  Said fee shall be due if the chapter 13 plan is confirmed or if the case is dismissed for any reason other than attorney error or omission.  Any fees paid to attorney (except filing fee(s)) shall be credit to said fee of $4,500.

12. If any portion of this agreement is found to be unenforceable it may be severed from the remaining portions of this agreement and the remaining portions shall still be enforceable.

13. Debtor is advised to contact the U.S. Trustee's office if Client believes that any portion of this fee agreement is unfair, unreasonable, unprofessional or illegal.  The U.S. Trustee's Office Telephone Number is 202-307-1391.  The U.S. Trustee's Email is ustrustee.program@usdoj.gov.

14. **ENTIRE AGRREMENT:** This agreement contains the entire understanding of the parties and shall not be amended except in writing.


Tovarria Guess (Jun 3, 2025 11:37 EDT)